AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

R E C E I V E D

APR 2 0 2022

AT 8.30_____M
WILLIAM T. WALSH
CLERK

Noble Christo El, AA 222141-A1
f/K/a JONES, CHRISTOPHER NATHAN
(Name Being Fictitious ████████)
*Petitioner*

)
)
)
)
)
)

v.

Case No. _____
*(Supplied by Clerk of Court)*

WARDEN DAVID KELSEY; ATLANTIC
COUNTY JUSTICE FACILITY (Names
Being Fictitious)
*Respondent*

)
)
)
)

*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name:  Noble Christo El  AA 222141 A-1
   (b) Other names you have used:  JONES, CHRISTOPHER NATHAN ████████
2. Place of confinement:
   (a) Name of institution:  ATLANTIC COUNTY JUSTICE FACILITY; WARDEN DAVID KELSE
   (b) Address:  5060 ATLANTIC AVENUE
      MAYS LANDING   NJ  08330
   (c) Your identification number:  I/M # 283718
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain: LOCAL/MUNICIPAL AUTHORITY
   PLEASANTVILLE POLICE DEPARTMENT AGENCY OF NJ [08232]
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges) VICTIM-LESS CIVIL SUIT MATTER
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*:  MOORISH-NATIONAL ARRESTED WITHOUT ANY
      TREATY; CONSTITUTIONAL OR COMPACT VIOLATION, NO
      OFFENSE AGAINST ANY U.S. OR AMERICAN CITIZEN (NO
      Injured Party / Corpus Delicti)

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain):  LAWFULNESS OF INITIAL ARREST; TRANSFER FROM DETAINER AGENCY PLEASANTVILLE POLICE DEPT. TO CURRENT JAILOR WARDEN DAVID KELSEY

6.      Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:  ATLANTIC COUNTY JUSTICE FACILITY c/o WARDEN DAVID KELSY at 5060 ATLANTIC AVE MAYSLANDING NJ 08330

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____

_____

_____

(d)  Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.      **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes                    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:  WARDEN DAVID KELSEY of the ATLANTIC COUNTY JUSTICE FACILITY (SEE ATTACHED I/m GRIEVANCE forms (2))

(2)  Date of filing:  04/10/2022

(3)  Docket number, case number, or opinion number: _____

(4)  Result:  No Action Taken, Deferred to "COURT" (Remain in Custody)

(5)  Date of result:  04/11/2022

(6)  Issues raised:  Non-Violation of Moroccan-American Treaty of 1787, Requested to be shown Lawful Cause for Arrest and Imprisonment.

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.  **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☑ Yes              ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: NJ STATE DEPARTMENT of HOMELAND
    SECURITY & PREPAREDNESS VIA I.A. DEPT. of ACJF LT. ROBINSON

    (2) Date of filing: 04/14/2022

    (3) Docket number, case number, or opinion number: _____

    (4) Result: No response given

    (5) Date of result: No response given

    (6) Issues raised: Moroccan-American Treaty of Peace and
    Friendship of Articles 4,5,6,7,10,16, and 20 as in
    line with Article 6 (Supremacy Clause) of Constitution
    for United States. NEO. Imprisonment is in Direct
    Violation of International law. Prisoner has not
    violated any Articles of the Agreement and this is
    not time of War Between Parties (Moors/Americans)

    (b) If you answered "No," explain why you did not file a second appeal: _____

    _____

9.  **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes              ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No    *Validity of Pre-Trial Imprisonment*

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes              ☐ No

If "Yes," provide:

(1)  Name of court:  _____

(2)  Case number:  _____

(3)  Date of filing:  _____

(4)  Result:  _____

(5)  Date of result:  _____

(6)  Issues raised:  _____

_____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes              ☒ No

If "Yes," provide:

(1)  Name of court:  _____

(2)  Case number:  _____

(3)  Date of filing:  _____

(4)  Result:  _____

(5)  Date of result:  _____

(6)  Issues raised:  _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Prisoner is not convicted or sentenced to term of STATE IMPRISONMENT.

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☐ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

*motion to show Cause/Suppress Evidence;
motion to compel Discovery; Affidavit of Truth, Law and fact; Affidavit of Special Appearance and Jurisdiction*

*HON. W. TODD MILLER, JSC C/O ATLANTIC CO. SUPERIOR COURT Agency for STATE OF NEW JERSEY*

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: *There is no injured body or person (Corpus Delicti). "In Order for a Crime to Exist there Must Be an Injured Body (Corpus Delicti)...", Sherar v. Cullen, 481 F 2d 945 (sic). I did not disturb any one Man, Woman, or Person's Peace.*



AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Prisoner did not offend anyone in any way to warrant any cause of action by local Authorities. I did not sale anyone or share with anyone any of my Marijuana or Pills. I also did not brandish my handgun, or verbally threaten anyone with it either. It was inside of my personal carrying case and I do not require STATE Licensing to Protect/Defend my Life, Liberty and Property with Arms.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND TWO:** Illegal/Unlawful Search and Seizure Violation of 4th Amendment to the Constitution of the U.S. and Violation of Article(s) 3, 4, 5, 6, 7, 10, 16, and 20 of the Moroccan-American Treaty of Peace and Friendship [June 1786]

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Upon Encounter and Contact, the Agents (officers) were given Clear and Proper Signals and Information to make them aware of the Moor Vessel in their presence. All Signs and Signals were totally ignored which led to an unwarranted examination, molestation, search and seizure of this Moorish Vessel. There is no report (911 call) of this Moor violating the International Compact or Any American Citizen's Private Rights. Moors Are Not At War.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND THREE:** Impairing the Obligation of Contracts, Violation of Contract Law in "American Jurisprudence 2d @ Contracts, Violation of 13th Amendment to the Constitution of the United States as in line With Article 16 of Moroccan-American Treaty [June 1786]

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Upon gaining Knowledge and awareness of the hidden contractual obligation Prisoner Moor was once in, from Birth, pertaining to Birth Certificate Registration and Social Security Agreement; Prisoner rescinded said "Contract" and denounced Any/All Citizenship Status under Any state of the United States as well as under the U.S. itself. I am not a Citizen Subject of this Federal Corporation. Invoking full Rights under U.N. Declarations to Rights of Indigenous Peoples from Birth. I Am A Moor.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes     ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Lack of Jurisdiction over the subject-matter. The Constitution for the United States Clearly and Emphatically takes Original Jurisdiction of matters/disputes between Nation and Nation and Places said Original Jurisdiction in the one United States Supreme Court

(a) Supporting facts *(Be brief. Do not cite cases or law.):* at an Article III venue, Prisoner is not a Citizen-Subject of or to the STATE NEW JERSEY and it's incorporated/codified Statutes, Rules, Regulations or Ordinances. Prisoner is not a Citizen-Subject of or to the United States of America, a Federal Corporation, or to it's Corporate Policy U.S. Codes, Rules, Regulations or Ordinances. The One and Only Supreme Court for these united states in America Retains Original Jurisdiction as in line with Article(s) 6, 10, and 20, inter alia of the Moroccan-American Treaty [June 1786]

(b) Did you present Ground Four in all appeals that were available to you?

☒ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: All Rights Reserved, UCC 1-207. Prisoner's Ignorance of the law is No Excuse, Prisoner's Ignorance of the Facts Excuses, (Stare Decisis) Prisoner Moor was made to be ignorant of the Material facts surrounding the Natural Birth Rights to this Land, Deprived the Right to A Natural National Status.

**Request for Relief**

15.  State exactly what you want the court to do: Interlocutory Injunction. Remove this entire case and Matter from STATE NEW JERSEY VENUE. Contact Moorish American Consulate. Bring Honor to the Terms of the Compact-Treaty Between Morocco and America. Implement International Law Placing Original Jurisdiction into One Supreme Court for the land. Restore Prisoner to His State of Liberty with His Life and Property. Observe Prisoner's Right to Demand Judgment for Relief.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Today is the 17th day of April, 2022.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 04/17/2022

/S/: JONES, CHRISTOPH I/m #283718 (Name being Fictitious)

*Signature of Petitioner*

I am: Noble Christo EL, i.s.

*Signature of Attorney or other authorized person, if any*  AA222141 A1?

All Rights Reserved UCC1-207  MYSEAL:

## CERTIFICATION

I certify that this is the Original and only Copy of this form. I am afraid that any attempt to have this copied by placing it in the hands and trust of officials here will lead to it's destruction.

Case 1:22-cv-02292-RBK    Document 1    Filed 04/20/22    Page 11 of 27 PageID: 11

RECEIVED

APR 2 0 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Founders Online

# THE MOROCCAN-AMERICAN TREATY OF PEACE AND FRIENDSI JUNE 1786]

## The Moroccan-American Treaty of Peace and Friendship

God.                                                     ⌊28 June 1786⌋[1]

This is a Treaty of Peace & Friendship, established between Us and the United States of America, which which we have ordered to be written in this Book & sealed with our Royal Seal at our Court of Morocco, on day of the blessed Month of Shaban in the Year one thousand two Hundred,[2] trusting in God it will remai

### .1.

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles, shall be ins & delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whos has been made & who is duly authorized on their Part, to treat with us concerning all the Matters containe

### .2.

If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Comm Enemy, nor fight under their Colors.

### .3.

If either of the Parties shall be at War with any Nation whatever, & take a Prize belonging to that Natio found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty & to the Owners; & if any goods belonging to any Nation with whom either of the Parties shall be at war, sha Vessels belonging to the other Party, they shall pass free & unmolested without any Attempt being made t them.—

### .4.

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known v Sea, & if the Commander of a Ship of War of either Party, shall have other Ships under his Convoy, the De Commander shall alone be sufficient to exempt any of them from examination—[3]

### 5

If either of the Parties shall be at War & shall meet a Vessel at Sea belonging to the other, it is agreed tl examination is to be made, it shall be done by sending a Boat with two or three Men only, & if any Gun sha injury done without Reason, the offending Party shall make good all Damages—

.6. 

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall i
at Liberty & the Effects restored & in like Manner, if any Moor not a Subject of these Dominions, shall ma
the Citizens of America or their Effects, & bring them into any of the Ports of His Majesty, they shall be im
as they will then be considered as under His Majesty's Protection.—

.7.

If any Vessel of either Party shall put into a Port of the other & have occasion for Provisions or other St
be furnished without any interruption or molestation—

.8.

If any Vessels of the United States shall meet with a Disaster at Sea & put into one of our Ports to repai
Liberty to land & reload her Cargo without paying any Duty whatever.—

.9.

If any Vessel of the United States shall be cast on shore on any Part of our Coasts, she shall remain at t
the owners, & no one shall attempt going near her without their Approbation, as she is then considered pa
protection; & if any Vessel of the United States shall be forced to put into our Ports by Stress of Weather o
shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall thinl
on his Voyage—

.10.

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Ch
within Gunshot of the Ports of the other, the Vessel so engaged shall be defended & protected as much as ]
in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon[4] or any Coast there
belonging to her shall be protected and Assisted untill, by the help of God, they shall be sent to their Coun

.11.

If we shall be at War with any Christian Power & any of our Vessels sail from the Ports of the United St
belonging to the Enemy shall follow untill twenty four hours after the departure of our Vessels, & the sam
be observed, towards the American Vessels sailing from our Ports. be their Enemies Moors or Christians

.12.

If any ship of War belonging to the United States shall put into any of our Ports, she shall not be exami
Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Comr
compel them to be brought on shore, under any Pretext, nor require any payment for them.

.13.

If a Ship of War of either Party shall put into a Port of the other & salute, it shall be returned from the
Number of Guns, not with more or less.—

### .14.

The Commerce with the United States shall be on the same footing as is the Commerce with Spain, or
most favored Nation for the time being; & their Citizens shall be respected & esteemed & have full Liberty
our Country & Sea Ports, whenever they please without interruption.

### .15.

Merchants of both Countrys shall employ only such interpreters & such other Persons to Assist them in
they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he
detained in Port, longer than he may think proper; and all Persons employed in loading or unloading Goo
Labor whatever, shall be paid at the customary Rates, not more & not Less.

### .16. 

In Case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one
Captain for Captain, Officer for Officer and one private Man for another; & if there shall prove a difficienc
shall be made up by the Payment of one hundred Mexican Dollars for each Person wanting. And it is agree
shall be exchanged in twelve Months from the time of their being taken, & that this Exchange may be effec
or any other Person authorized by either of the Parties.

### .17.

Merchants shall not be compelled to buy or sell any kind of Goods, but such as they shall think proper,
all sorts of Merchandise, but such as are prohibited to the other Christian Nations—

### .18.

All Goods shall be weigh'd & examined, before they are sent on board; & to avoid all detention of Vesse
shall afterwards be made, unless it shall be first proved, that contraband Goods have been sent on board;
Persons who took the contraband Goods on board shall be punished according to the Usage & Custom of t
other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever

### .19.

No Vessel shall be detained in Port on any pretence whatever, nor be obliged to take on board any Arti
Consent of the Commander, who shall be at full Liberty to agree for the freight of any Goods he takes on b

### .20.

If any of the Citizens of the United States or any Persons under their Protection, shall have any Disput
the Consul shall decide between the Parties, & whenever the Consul shall require any aid or Assistance fro
to enforce his Decisions, it shall be immediately granted to him.—

### .21.

If a Citizen of the United States shall kill or wound a Moor, or on the contrary if a Moor shall kill or wo
United States, the Law of the Country shall take place & equal Justice Shall be rendered the Consul assisti
any Delinquent shall make his escape, the Consul shall not be answerable for him in any Manner whateve

### .22.

If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take Possessi
if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, unt
appear who has a right to demand them; But if the Heir to the Person deceased be present, the property sl
him without interruption, & if a Will shall appear, the Property shall descend agreable to that Will, as soor
declare the validity thereof.

### .23.

The Consuls of the United States of America, shall reside in any sea Port of our Dominions that they sh
they shall be respected & enjoy all the Privileges which the Consuls of any other Nation enjoy; & if any of t
United States shall contract any Debts or engagements, the Consul shall not be in any manner accountable
he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in wr
to him for any redress shall be made.—

### .24.

If any differences shall arrise by either Party infringing on any of the Articles of this Treaty, Peace and
remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangemen
Application shall be rejected, no Appeal shall be made to Arms; & if a War shall break out between the Par
shall be granted to all the Subjects of both Parties to dispose of their Effects & retire with their Property; A
declared, that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers,
United States shall be equally entitled to them.

### .25.

This Treaty shall continue in full force with the Help of God, for fifty Years—[5]

We have delivered this Book into the Hands of the beforementioned Thomas Barclay, on the first day c
of Ramadan in the Year One thousand two hundred.—

I Certify that the annexed is a true copy of the Translation made by Isaac Cardoza Nuñez, Interpreter a
Treaty between the Emperor of Morocco and the United States of America.—

## Translation of the additional Article

G1

I the underwritten, the Servant of God, Taher Ben Abdelkack Fennish, do certify that His Imperial Maj (whom God preserve) having concluded a Treaty of Peace and Commerce with the United States of Ameri the better to compleat it and in addition of the tenth Article of said Treaty to declare, "that if any Vessel be United States shall be in any of the Ports of His Majesty's Dominions or within Gunshot of his Forts, she s much as possible and no Vessel whatever, belong either to Moorish or Christian Powers with whom the Ui at War, shall be permitted to follow or engage her, as we deem the Citizens of America our good Friends.['

And in obedience to his Majesty's Commands I certify this Declaration by putting my hand and Seal to Eighteenth Day of Ramadan in the Year One thousand two hundred—[7]

> (signed)
> The Servant of the King my Master who
> Taher Ben Abdelhack Fennish. [8]

I Certify that the Above is a True Copy of the Translation Made at Morocco by Isaac Cardoza Nunes Int Declaration Made and signed by Sidi Hage Tahar Fennish in Addition to the Treaty between the Emperor United States of America which Declaration the said Tahar Fennish Made by the Express Directions of Hi:

Note, The Ramadan of the Year of Hegira 1200 Commenced on the 28th. of June in the Year of our Lor

---

MS (Adams Papers); endorsed by JA: "Treaty with Morocco." Filmed at [15 July 1786]. Th by Thomas Barclay and containing text in his hand (see notes 6 and 9), is likely one of the t that Barclay enclosed with his 2 Oct. letter to the commissioners, below. For a facsimile of tl see Miller, *Treaties*, 2:186–211.

1. This date is derived from that on which Thomas Barclay signed the main body of the tr day of Ramadan in the year 1200.

The Moroccan-American treaty was negotiated very expeditiously. In part this was becaus commissioners' agent, Thomas Barclay, wasted no time in opening the negotiations, but it a desire of the Moroccan emperor, Mohammad III, for an agreement with the United States. T opened Moroccan ports to American ships in 1777 and since 1778 had been seeking a treaty at failing to receive any response from the United States to his overtures led him to seize th Oct. 1784, and it is from that capture, and others by Algiers, that Congress' decision to negr Morocco and the other Barbary States largely proceeded (vols. 6:32–33; 14:501–502; 16:x' Barclay reached Marrakesh, the site of the Moroccan court, on 19 June 1786, and after two a the emperor and the submission of the heads of the articles proposed for the treaty, Morocco agreement on 23 June, and Barclay signed it on the 28th.

The agreement is based on the draft treaty with the Barbary States that Benjamin Frankl Jefferson prepared in mid-1785 (Jefferson, *Papers*, 8:347–354). JA received a copy of the dr comments as an enclosure with Jefferson's 6 Aug. letter (vol. 17:306–308). The only change JA related to Art. 17 of the draft (Art. 14 of the final treaty), concerning the application of th nation principle (vol. 17:341–342). After receiving JA's comments, Jefferson presumably pre

of the draft for Barclay and John Lamb to carry on their missions to Morocco and Algiers, res
Neither has been found, however, so comparisons between the draft and the final treaty are
draft as printed in Jefferson, *Papers*.

To save time and avoid modeling the treaty on the 1780 Spanish-Moroccan Convention of
Commerce, Barclay proposed to submit to the emperor "the Heads of such a Treaty as I ima
perfectly agreeable to both Countries" (Barclay to the commissioners, 18 Sept. 1786, below
presumably meant that he would condense the articles in the draft to their essentials, and tl
are, for the most part, shorter than those in the draft. It should be noted that Barclay's "He
translated from English into Arabic and then back into English; see the comments on problei
English translation in Miller, *Treaties*, 2:220–223. It was the English translation provided by
that was ratified by Congress and that served as the definitive text for American purposes.

The most striking differences between the draft and the treaty are the omission of the dr
and Arts. 1 through 3. To a degree the draft's preamble and Art. 1 were combined into the t
and Art. 1. But Arts. 2 and 3, the first of which provided for the release of any American citi
—of which there were none since the release of the *Betsy*, for which see vol. 17:277—and tl
providing that no Moroccan ships would take prizes or cruise within sight of the American co
probably considered irrelevant. So, too, presumably was Art. 8 of the draft, concerning the l
commanders of public and private ships and the bond provided upon the commissioning of a
Art. 28, concerning the granting of particular commercial advantages to other nations.

The Moroccan additions to the treaty are also significant. The new preamble and Art. 1 w
presumably intended to bring the treaty into conformity with the style of other Moroccan tre
throughout the treaty it is made clear that Morocco, a Muslim state, was concluding a treaty
state. But the most significant Moroccan addition was Art. 16, for in declaring that prisoners
be made slaves and setting the conditions for their exchange, it resolved, at least in the cas
principal reason for the United States to negotiate treaties with the Barbary States. Finally, t
article was essentially the inclusion of language to make Art. 10 reciprocal with regard to th
Art. 11 applying to Morocco.

Barclay did not leave the Moroccan court until mid-July. The delay was caused by the nee
addition to and clarification of Art. 10, but apparently it was also due to translation problem
unauthorized changes to the treaty, for which see Barclay's 16 July letter, below. In any eve
until his 2 Oct. letter, below, following a lengthy journey through Morocco on his way to Spa
dispatched Lt. Col. David Salisbury Franks to Paris with the treaty and its supporting docume
reached Paris in late December, at which time Jefferson prepared a document indicating the
provisional ratification of the treaty (see at 25 Jan. 1787, below), which he signed on 1 Jan.,
on the 25th. The commissioners then sent the treaty to America under cover of their 27 Jan
Jay, below, and Congress ratified it on 18 July (*JCC*, 32:355–364).

2. That is, 22 or 23 June 1786.

3. For the ship signals agreement signed on 6 July, the 9th day of Ramadan in the year 1
*Treaties*, 2:219.

4. That is, the western coast of Morocco, where the Sahara Desert meets the Atlantic Oce

`

5. This was an extraordinary period of time because the commissioners' 7 May 1784 instructi the maximum duration for a treaty with a European power at ten years. However, the same stated that with regard to treaties with the Barbary States, they should "continue for the sar years or for a Term as much longer as can be procured" (vol. 16:195, 196).

6. In Barclay's hand.

7. That is, 15 July 1786.

8. In addition to the emperor's desire for a treaty, the speed with which the agreement w may have owed much to the experience at European courts of the emperor's representative negotiations, Sidi Haj Tahar Ben Abdulhaq Fennish. He was a seasoned European diplomat v Moroccan ambassador to Britain in 1774 and would later serve as its ambassador to the Otto (Repertorium, 3:241, 242).

9. The final paragraph, signature, and note are in Barclay's hand.

Note: The annotations to this document, and any other modern editorial content, are copyright © The Mas Historical Society. All rights reserved.

Back to top

| SOURCE PROJECT | Adams Papers |
|---|---|
| TITLE | The Moroccan-American Treaty of Peace and Friendship, [28 June 1786] |
| AUTHOR | Adams, John |
| DATE | 28 June 1786 |
| CITE AS | "The Moroccan-American Treaty of Peace and Friendship, [28 June 1786]," *Founders Online,* National Archives, https://founders.archives.gov/documents/Adams/06-18-02-0196. [Original source: *The Adams Papers,* Papers of John Adams, vol. 18, *December 1785–January 1787,* ed. Gregg L. Lint, Sara Martin, C. James Taylor, Sara Georgini, Hobson Woodward, Sara B. Sikes, Amanda M. Norton. Cambridge, MA: Harvard University Press, 2016, pp. 360–367.] |

The National Historical Publications and Records Commission (NHPRC) is part of the National Archive grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the sources, relating to the history of the United States, and research and development projects to bring his the public.

Founders Online is an official website of the U.S. government, administered by the National Archives and Records Administration through the NHPRC University of Virginia Press, which is hosting this website.


◄  Article VI

▲  Collapse Text Menu

JUNE 1786=
SHABAN 1200 mc

## Article VI

# Debts, Supremacy, Oaths, Religious Tests

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## Atlantic County Justice Facility
### Inmate Request Form

INMATE NAME (HELD UNDER) JONES, CHRISTOPH    DATE: 04/10/2022

INMATE NUMBER: 283718  BCI# 9750 2   HOUSING UNIT: ΔR # 4

INTERIOR

**************************************************************

### CHECK ONLY ONE (1) SERVICE

_____ CLASSIFICATION                    _____ GED PROGRAM

_____ DRUG & ALCOHOL                    _____ PROPERTY

_____ LAW LIBRARY                       _____ RECORDS

_____ RELIGIOUS

✓ OTHER SERVICE (SPECIFY): CUSTODY / NJ STATE DEPT. OF HOMELAND
                                        / SECURITY AND PREPAREDNESS

**************************************************************

REASON FOR REQUEST: YOU ARE UNLAWFULLY HOLDING ME HERE AGAINST MY WILL, WITHOUT MY CONSENT, AND IN VIOLATION OF TREATISE, CONSTITUTIONAL AND INTER / INTRA NATIONAL LAW. YOUR STAFF TORTURED ME FOR 3 DAYS UNTIL I SUBMITTED UNDER DURESS. I HAVE NOT COMMITTED ANY CRIMES AND I DEMAND TO BE RELEASED TO

RETURN FORM TO INMATE SERVICES THE NEAREST MOORISH CONSULATE, N.C. EL
                                                               AAJ#2141
***************** DO NOT WRITE BELOW THIS LINE *****************  WOOJ

RESPONSE BY STAFF:
                    OFFICE OF INMATE SERVICES
        Your request / complaint dated ____/____/____ was received
        4/11/22 by _____ and your request / complaint is:
        _____ being forwarded to: _____

_____

_____

        - See previous response(s)

_____

_____

_____

_____

_____

_____

Form 1.20.02#1A                                    REV 7/08

## AVAILABLE INMATE SERVICES

### GENERAL

1. Inmate services are provided in the Justice Facility by social workers/counselors. They will circulate through the main jail and main jail annex twice a week (intake housing daily) on a scheduled basis in order to collect request slips. **Request forms are NOT to be given to the housing unit officer. Officers are instructed not to collect request forms.** Please be aware, **any request form received by this office other than via direct contact from a social worker/counselor will not be answered.** Social workers/counselors are not allowed to deliver materials between inmates or handle inmate property.

2. Fill in all pertinent information when filling out a request. If a request slip is not complete, it will be returned to you for additional information.

3. Properly filled out request slips will be answered within five working days, depending on information requested.

4. When you need to speak with a social worker/counselor be direct and to the point regarding what you need. Additionally, your honesty and cooperation is appreciated because it will save a lot of time and allow more time to tend to your needs.

5. Inmates who are illiterate or only speak and/or write in a foreign language will be given assistance completing request slips.

6. **Phone Calls:** Access to legal calls can be made from the pods. Your lawyer should accept a collect call from you. Any contact that can't be made through a phone call from the pod, should be made via writing. The only time a call will ever be placed for you is a case when there is a **verifiable medical family emergency.** If an inmate makes a fictitious emergency claim, he/she will be charged with a disciplinary violation.

7. **Court Dates:** The courts are responsible for scheduling court dates. It is sometimes helpful to write to the court and request a court date to satisfy an open charge/ warrant. Social Workers/Counselors **do not** research court dates, and are not permitted to give you your court date, or call the courts to request one.

### COUNSELING AND INMATE SERVICES

If you feel you need to talk to someone about any problems you are having, you may contact a counselor by writing out a request slip. On the request slip, make sure you include your name, location, date and reason for the request. Return all slips to the counselor conducting rounds.

**1. Social Services/Programs**
- Counseling
- Alcoholism and Drug Counseling
- Education and Vocational Programs
- Religious Services
- Law Library and Recreational Library

Information about these programs can be obtained from one of the counselors. Submit a written request to Social Services for access to these programs.

**2. Referral Services:** When possible, the Inmate Services Unit will try to put you in contact with community agencies which can provide services to you during your incarceration and after your release.

Form 1.20.02#1A (side 2)                                                                 Rev 9/09

Christopher

# Atlantic County Justice Facility
## Inmate Request Form

INMATE NAME: (HELD UNDER) JONES, CHRISTOPH    DATE: 04/10/2022

INMATE NUMBER: (283718) SCI# 93502    HOUSING UNIT: DR 4

*********************************************************

### CHECK ONLY ONE (1) SERVICE

_____ CLASSIFICATION                    _____ GED PROGRAM

_____ DRUG & ALCOHOL                    _____ PROPERTY

_____ LAW LIBRARY                       _____ RECORDS

_____ RELIGIOUS

✓ OTHER SERVICE (SPECIFY) : WARDEN DAVID KELSEY

*********************************************************

REASON FOR REQUEST: I AM A FREE MOORISH NATIONAL CITIZEN
AND REGISTERED / REORGANIZED UNDER THE MOORISH NATIONAL
REPUBLIC FEDERAL GOVERNMENT. I AM NOT A U.S. CITIZEN,
A NEW JERSEY STATE CITIZEN, OR CORPORATE AMERICAN
CITIZEN SUBJECT. MY NATIONAL REGISTRATION # IS AA 222141 A-
USDOJ / LOC. MY FREE NAME IS Noble Christo El. RELEASE ME
RETURN FORM TO INMATE SERVICES NOW! OR, SHOW LAWFUL CAUSE TO HOLD ME

*********************** DO NOT WRITE BELOW THIS LINE **********************
RESPONSE BY STAFF:

### OFFICE OF INMATE SERVICES

Your request / complaint dated ____/____/____ was received

4/11/22 by _____ and your request / complaint is:

_____ being forwarded to: _____

_____

_____ - remain in custody until seen by court ⑤

_____

_____

_____

_____

_____

Form 1.20.02#1A                                    REV 7/08

# AVAILABLE INMATE SERVICES

## GENERAL

1. Inmate services are provided in the Justice Facility by social workers/counselors. They will circulate through the main jail and main jail annex twice a week (intake housing daily) on a scheduled basis in order to collect request slips. **Request forms are NOT to be given to the housing unit officer. Officers are instructed not to collect request forms.** Please be aware, any request form received by this office other than via direct contact from a social worker/counselor will not be answered. Social workers/counselors are not allowed to deliver materials between inmates or handle inmate property.

2. Fill in all pertinent information when filling out a request. If a request slip is not complete, it will be returned, to you for additional information.

3. Properly filled out request slips will be answered within five working days, depending on information requested.

4. When you need to speak with a social worker/counselor be direct and to the point regarding what you need. Additionally, your honesty and cooperation is appreciated because it will save a lot of time and allow more time to tend to your needs.

5. Inmates who are illiterate or only speak and/or write in a foreign language will be given assistance completing request slips.

6. **Phone Calls:** Access to legal calls can be made from the pods. Your lawyer should accept a collect call from you. Any contact that can't be made through a phone call from the pod, should be made via writing. The only time a call will ever be placed for you is a case when there is a **verifiable medical family emergency.** If an inmate makes a fictitious emergency claim, he/she will be charged with a disciplinary violation.

7. **Court Dates:** The courts are responsible for scheduling court dates. It is sometimes helpful to write to the court and request a court date to satisfy an open charge/ warrant. Social Workers/Counselors **do not** research court dates, and are not permitted to give you your court date, or call the courts to request one.

## COUNSELING AND INMATE SERVICES

If you feel you need to talk to someone about any problems you are having, you may contact a counselor by writing out a request slip. On the request slip, make sure you include your name, location, date and reason for the request. Return all slips to the counselor conducting rounds.

### 1. Social Services/Programs
- Counseling
- Alcoholism and Drug Counseling
- Education and Vocational Programs
- Religious Services
- Law Library and Recreational Library

Information about these programs can be obtained from one of the counselors. Submit a written request to Social Services for access to these programs.

### 2. Referral Services: When possible, the Inmate Services Unit will try to put you in contact with community agencies which can provide services to you during your incarceration and after your release.

Form 1.20.02#1A (side 2)                                                                 Rev 9/09

*Christopher*

# Atlantic County Justice Facility
## Inmate Request Form

INMATE NAME: JONES - El□□□□□□□□    DATE: 04/09/2022

*in □□□ Remand UCI-27*

INMATE NUMBER: 283718   BCI# 92502   HOUSING UNIT: DR #4

THIS IS A HAND-WRITTEN COPY OF ORIGINAL.

*************************************************

## CHECK ONLY ONE (1) SERVICE

_____ CLASSIFICATION                    _____ GED PROGRAM

_____ DRUG & ALCOHOL                    _____ PROPERTY

___✓___ LAW LIBRARY                      _____ RECORDS

_____ RELIGIOUS

_____ OTHER SERVICE (SPECIFY) : _____

*************************************************

REASON FOR REQUEST: PLEASE PROVIDE TO ME THE COMPLETE CONTACT INFO. FOR THE FOLLOWING U.S. AND STATE DEPT. AGENCIES: 1. U.S. PROVOST MARSHALL; 2. U.S. ATTORNEY GENERAL; 3. U.S. DEPT. OF HOMELAND SECURITY; 4. DISTRICT COURT FOR STATE OF N.J.; 5. N.J. STATE DEPT. OF HOMELAND SECURITY; 6. NJ STATE DEPT. OF VITAL STATISTICS; and 7. UNITED NATIONS SECRETARY

RETURN FORM TO INMATE SERVICES

*********************** DO NOT WRITE BELOW THIS LINE ********************

RESPONSE BY STAFF:

### OFFICE OF INMATE SERVICES

Your request / complaint dated ___/___/___ was received

4/11/22 by TC _____ and your request / complaint is:

_____ being forwarded to: LAW _____

① Office of Provost Marshal General 2800 Army Pentagon Washington, DC 20310-2800

② U.S. Dept of Justice 950 Pennsylvania Ave, NW Washington, DC 20530-0001

③ U.S. Dept. of Homeland Security 245 Murray Lane SW Washington, DC 20528-0075

④ Mitchell H. Cohen Building + U.S. Courthouse 4th + Cooper Streets Camden, NJ 08101

⑤ N.J. State Dept. Homeland Security P.O. Box 091 Trenton, NJ 08625

⑥ NJ State Dept. of Vital Statistics P.O. Box 370 Trenton, NJ 08625-0370

⑦ U.N. Headquarters 760 United Nations PLAZA, Manhattan, New York City, NY 10017-6818 United States.

Form 1.20.02#1A                                    REV 7/08

## AVAILABLE INMATE SERVICES

### GENERAL

1. Inmate services are provided in the Justice Facility by social workers/counselors. They will circulate through the main jail and main jail annex twice a week (intake housing daily) on a scheduled basis in order to collect request slips. **Request forms are NOT to be given to the housing unit officer. Officers are instructed not to collect request forms.** Please be aware, any request form received by this office other than via direct contact from a social worker/counselor will not be answered. Social workers/counselors are not allowed to deliver materials between inmates or handle inmate property.

2. Fill in all pertinent information when filling out a request. If a request slip is not complete, it will be returned, to you for additional information.

3. Properly filled out request slips will be answered within five working days, depending on information requested.

4. When you need to speak with a social worker/counselor be direct and to the point regarding what you need. Additionally, your honesty and cooperation is appreciated because it will save a lot of time and allow more time to tend to your needs.

5. Inmates who are illiterate or only speak and/or write in a foreign language will be given assistance completing request slips.

6. **Phone Calls:** Access to legal calls can be made from the pods. Your lawyer should accept a collect call from you. Any contact that can't be made through a phone call from the pod, should be made via writing. The only time a call will ever be placed for you is a case when there is a **verifiable medical family emergency.** If an inmate makes a fictitious emergency claim, he/she will be charged with a disciplinary violation.

7. **Court Dates:** The courts are responsible for scheduling court dates. It is sometimes helpful to write to the court and request a court date to satisfy an open charge/ warrant. Social Workers/Counselors **do not** research court dates, and are not permitted to give you your court date, or call the courts to request one.

### COUNSELING AND INMATE SERVICES

If you feel you need to talk to someone about any problems you are having, you may contact a counselor by writing out a request slip. On the request slip, make sure you include your name, location, date and reason for the request. Return all slips to the counselor conducting rounds.

**1. Social Services/Programs**
- Counseling
- Alcoholism and Drug Counseling
- Education and Vocational Programs
- Religious Services
- Law Library and Recreational Library

Information about these programs can be obtained from one of the counselors. Submit a written request to Social Services for access to these programs.

**2. Referral Services:** When possible, the Inmate Services Unit will try to put you in contact with community agencies which can provide services to you during your incarceration and after your release.

Form 1.20.02#1A (side 2)                                                    Rev 9/09

*Christopher*   *Dry*

# Atlantic County Justice Facility
## Inmate Request Form

INMATE NAME: JONES -   *[illegible]*   DATE: 04/04/2022

INMATE NUMBER: 2837B   BCI# 92502   HOUSING UNIT: DR #4

THIS IS A HAND-WRITTEN COPY OF ORIGINAL

## CHECK ONLY ONE (1) SERVICE

_____ **CLASSIFICATION**   _____ **GED PROGRAM**

_____ **DRUG & ALCOHOL**   _____ **PROPERTY**

✓ **LAW LIBRARY**   _____ **RECORDS**

_____ **RELIGIOUS**

_____ **OTHER SERVICE (SPECIFY) :** _____

REASON FOR REQUEST: PLEASE PROVIDE TO ME THE FOLLOWING
LEGAL DOCUMENTS:
1. PETITION FOR HABEAS CORPUS
2. 1983 Civil Rights Violation Package (F/K/A KU KLUX KLAN ACT)
3. TORT CLAIM FORM FOR STATE OF NJ
4. TREATISE OF PEACE AND AMITY (1787) BETWEEN U.S. AND MOROCCO

RETURN FORM TO INMATE SERVICES 5. U.S. CONSTITUTION SUPREMACY CLAUSE (1787)

**************************** DO NOT WRITE BELOW THIS LINE ********************
RESPONSE BY STAFF:

### OFFICE OF INMATE SERVICES

Your request / complaint dated ____/____/____ was received
4/11/22 by *[initials]* _____ and your request / complaint is:
_____ being forwarded to: LAW _____

① \
② \
③ } See Attached Forms.
④ Not in Lexis Nexis
⑤ 1 pg - USCS Const.

Please write your full name at the top of the
forms you submit. Thank you! *[initials]* 4/13/22

Form 1.20.02#1A   REV 7/08

## AVAILABLE INMATE SERVICES

### GENERAL

1. Inmate services are provided in the Justice Facility by social workers/counselors. They will circulate through the main jail and main jail annex twice a week (intake housing daily) on a scheduled basis in order to collect request slips. **Request forms are NOT to be given to the housing unit officer. Officers are instructed not to collect request forms.** Please be aware, **any request form received by this office other than via direct contact from a social worker/counselor will not be answered.** Social workers/counselors are not allowed to deliver materials between inmates or handle inmate property.

2. Fill in all pertinent information when filling out a request. If a request slip is not complete, it will be returned, to you for additional information.

3. Properly filled out request slips will be answered within five working days, depending on information requested.

4. When you need to speak with a social worker/counselor be direct and to the point regarding what you need. Additionally, your honesty and cooperation is appreciated because it will save a lot of time and allow more time to tend to your needs.

5. Inmates who are illiterate or only speak and/or write in a foreign language will be given assistance completing request slips.

6. **Phone Calls:** Access to legal calls can be made from the pods. Your lawyer should accept a collect call from you. Any contact that can't be made through a phone call from the pod, should be made via writing. The only time a call will ever be placed for you is a case when there is a **verifiable medical family emergency.** If an inmate makes a fictitious emergency claim, he/she will be charged with a disciplinary violation.

7. **Court Dates:** The courts are responsible for scheduling court dates. It is sometimes helpful to write to the court and request a court date to satisfy an open charge/ warrant. Social Workers/Counselors **do not** research court dates, and are not permitted to give you your court date, or call the courts to request one.

### COUNSELING AND INMATE SERVICES

If you feel you need to talk to someone about any problems you are having, you may contact a counselor by writing out a request slip. On the request slip, make sure you include your name, location, date and reason for the request. Return all slips to the counselor conducting rounds.

**1. Social Services/Programs**
- Counseling
- Alcoholism and Drug Counseling
- Education and Vocational Programs
- Religious Services
- Law Library and Recreational Library

Information about these programs can be obtained from one of the counselors. Submit a written request to Social Services for access to these programs.

**2. Referral Services**: When possible, the Inmate Services Unit will try to put you in contact with community agencies which can provide services to you during your incarceration and after your release.

Form 1.20.02#1A (side 2)                                                    Rev 9/09